IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:06cv740

WARNER BROS. RECORDS INC., a Delaware )
corporation; UMG RECORDINGS, INC., a )
Delaware corporation; SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership; ARISTA RECORDS LLC, a )
Delaware limited liability company; and BMG )
MUSIC, a New York general partnership, )
)
          Plaintiffs, )
)
v. )
)
MICHAEL R. YOUNG, )
)
          Defendant. )

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

.Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint. Accordingly, having been judged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

1. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

2. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

1

- "Jackass," on album "Warning," by artist "Green Day" (SR# 288-352);
- "Duck And Run," on album "The Better Life," by artist "3 Doors Down" (SR# 277-407);
- "Come As You Are," on album "Nevermind," by artist "Nirvana" (SR# 135-335);
- "Open Arms," on album "Escape," by artist "Journey" (SR# 30-088);
- "Keep on Loving You," on album "Hi Infidelity," by artist "REO Speedwagon" (SR# 24-298);
- "Where I Come From," on album "When Somebody Loves You," by artist "Alan Jackson" (SR# 289-367);
- "Gone Country," on album "Who I Am," by artist "Alan Jackson" (SR# 202-090);
- "Brand New Man," on album "Brand New Man," by artist "Brooks & Dunn" (SR# 140-290);
- "Just Another Day In Paradise," on album "Phil Vassar," by artist "Phil Vassar" (SR# 284-145);
- "High Cotton," on album "Southern Star," by artist "Alabama" (SR# 100-925);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for

distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

This the 23rd day of March, 2007.

*/s/ James A. Beaty*
United States District Judge